FILED
AUG 1 1 2009
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FIDEL VILLANUEVA GODINEZ,
a/k/a "Pelon,"
a/k/a Fidel Villanueva;
EVA LIZETTE VILLANUEVA,
a/k/a Eva Gallegos;
FREDRICO SANMIGUEL;
DAVID BARAJAS, a/k/a "Davie,"
a/k/a "Danny";
MARIA GUADALUPE ROJAS;
ANGEL MARTINEZ-LEON;
KERRI WELCH;
LAURA WELCH;
MARIO IVAN RODRIGUEZ,
a/k/a "Michigan," a/k/a "Taliban,"
a/k/a "Ivan";
JESUS SALOME ECHAVARIA-PINEDA,
a/k/a "Chungo," a/k/a "Chunco";
DANIEL LEE PETERSEN,
a/k/a Danny Petersen;
JOSE GARCIA, a/k/a "Maya,"
a/k/a "Moya";
JESUS GARCIA, a/k/a "Chuy";
SERGIO MUNOZ,
a/k/a Santiago Alvarez;
KENNETH CARY CLARK,
a/k/a Kenny Clark;

(continued on page 2)

CR09-40029

SUPERSEDING INDICTMENT

Conspiracy to Distribute and Possess With Intent to Distribute a Controlled Substance

21 U.S.C. §§ 841(a)(1) and 846

(continued from page 1)

JOSE ENRIQUE BURGOS-VALDEZ,
a/k/a Jose Enrique Burgos, a/k/a
"Feriche," a/k/a "Arturo";
MICHELLE MUNOZ; and
JESUS FABEL DIAZ-PELLEGAUD,
a/k/a "Fael," a/k/a "Fabel,"

Defendants.

---

The Grand Jury charges:

From on or about 2003, and continuing through the date of this Indictment, in the District of South Dakota and elsewhere, FIDEL VILLANUEVA GODINEZ, a/k/a "Pelon," a/k/a Fidel Villanueva; EVA LIZETTE VILLANUEVA, a/k/a Eva Gallegos; FREDRICO SANMIGUEL; DAVID BARAJAS, a/k/a "Davie," a/k/a "Danny"; MARIA GUADALUPE ROJAS; ANGEL MARTINEZ-LEON; KERRI WELCH; LAURA WELCH; MARIO IVAN RODRIGUEZ, a/k/a "Michigan," a/k/a "Taliban," a/k/a "Ivan"; JESUS SALOME ECHAVARIA-PINEDA, a/k/a "Chungo," a/k/a "Chunco"; DANIEL LEE PETERSEN, a/k/a Danny Petersen; JOSE GARCIA, a/k/a "Maya," a/k/a "Moya"; JESUS GARCIA, a/k/a "Chuy"; SERGIO MUNOZ, a/k/a Santiago Alvarez; KENNETH CARY CLARK, a/k/a Kenny Clark; JOSE ENRIQUE BURGOS-VALDEZ, a/k/a Jose Enrique Burgos, a/k/a "Feriche," a/k/a "Arturo"; MICHELLE MUNOZ; and JESUS FABEL DIAZ-PELLEGAUD, a/k/a "Fael," a/k/a "Fabel," did knowingly and intentionally combine, conspire, confederate, and agree

together, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute, 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

A TRUE BILL:

______________________
Foreperson

MARTY J. JACKLEY
UNITED STATES ATTORNEY

By: ______________________