FILED
SEP 09 2009
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FIDEL VILLANUEVA-GODINEZ,
a/k/a Fidel Villanueva,
a/k/a Fidel Godinez, a/k/a "Pelon";
EVA LIZETTE VILLANUEVA,
a/k/a Eva Gallegos;
DAVID BARAJAS, a/k/a "Davie,"
a/k/a "Danny";
MARIA GUADALUPE ROJAS;
KERRI WELCH;
LAURA WELCH;
MARIO IVAN RODRIGUEZ,
a/k/a "Michigan," a/k/a "Taliban,"
a/k/a "Ivan";
JESUS SALOME ECHAVARIA-PINEDA,
a/k/a "Chungo," a/k/a "Chunco";
JOSE GARCIA, a/k/a "Maya,"
a/k/a "Moya";
JESUS GARCIA, a/k/a "Chuy";
SERGIO MUNOZ,
a/k/a Santiago Alvarez;
KENNETH CARY CLARK,
a/k/a Kenny Clark;
JOSE ENRIQUE BURGOS-VALDEZ,
a/k/a Jose Enrique Burgos,
a/k/a "Feriche," a/k/a "Arturo";
MICHELLE MUNOZ;
JESUS FABEL DIAZ-PELLEGAUD,
a/k/a "Fael," a/k/a "Fabel,"

(continued on page 2)

CR09-40029

SECOND SUPERSEDING INDICTMENT

Conspiracy to Distribute and Possess With Intent to Distribute a Controlled Substance

21 U.S.C. §§ 841(a)(1) and 846

(continued from page 1)

MANUEL RAMIREZ,
a/k/a Alfredo Felix Pellegaud,
a/k/a "Pachin";
EMANUEL ROLON-COLON,
a/k/a "Manny"; and
SIMON BEREKAT,

Defendants.

---

The Grand Jury charges:

From on or about 2003, and continuing through the date of this Indictment, in the District of South Dakota and elsewhere, FIDEL VILLANUEVA-GODINEZ, a/k/a Fidel Villanueva, a/k/a Fidel Godinez, a/k/a "Pelon"; EVA LIZETTE VILLANUEVA, a/k/a Eva Gallegos; DAVID BARAJAS, a/k/a "Davie," a/k/a "Danny"; MARIA GUADALUPE ROJAS; KERRI WELCH; LAURA WELCH; MARIO IVAN RODRIGUEZ, a/k/a "Michigan," a/k/a "Taliban," a/k/a "Ivan"; JESUS SALOME ECHAVARIA-PINEDA, a/k/a "Chungo," a/k/a "Chunco"; JOSE GARCIA, a/k/a "Maya," a/k/a "Moya"; JESUS GARCIA, a/k/a "Chuy"; SERGIO MUNOZ, a/k/a Santiago Alvarez; KENNETH CARY CLARK, a/k/a Kenny Clark; JOSE ENRIQUE BURGOS-VALDEZ, a/k/a Jose Enrique Burgos, a/k/a "Feriche," a/k/a "Arturo"; MICHELLE MUNOZ; JESUS FABEL DIAZ-PELLEGAUD, a/k/a "Fael," a/k/a "Fabel"; MANUEL RAMIREZ, a/k/a Alfredo Felix Pellegaud, a/k/a "Pachin"; EMANUEL ROLON-COLON, a/k/a "Manny"; and SIMON BEREKAT did knowingly

and intentionally combine, conspire, confederate, and agree together, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute, 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

A TRUE BILL:

Foreperson

DENNIS R. HOLMES
ACTING UNITED STATES ATTORNEY

By: Dennis R. Holmes