UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION




*******************************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 09-40029-02 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| EVA LIZETTE VILLANUEVA, | * | |
| Defendant.. | * | |

*******************************************************************************

Pending before the Court is the Defendant's Plea Agreement, Factual Basis Statement, and Supplement to Plea Agreement. A hearing to take the plea was held before the Magistrate Judge on July 29, 2010, and Judge Simko issued a Report and Recommendation accepting the plea, and recommending to this Court that the Defendant be adjudged guilty as charged in Count 1 of the Fourth Superseding Indictment with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1) and 846. After a careful review of the file, and the parties having waived their right to object to the Report and Recommendation,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Defendant Eva Lizette Villanueva is adjudged guilty.

Dated this 5th day of August, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY:_____
DEPUTY